Submitted on record and briefs January 17, remanded for reconsideration August 28, 1996

In the Matter of the Compensation of
Beverly J. Kellow, Claimant.

Beverly J. KELLOW,
*Petitioner,*

*v.*

TILLAMOOK COUNTY CREAMERY
and Liberty Northwest Insurance Corporation,
*Respondents.*

(WCB No. 93-09427; CA A85578)

921 P2d 996

James L. Edmunson filed the brief for petitioner.

Brad G. Garber and Williams, Zografos, Peck & Atwood filed the brief for respondents.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

**PER CURIAM**

Claimant seeks review of an order of the Workers' Compensation Board upholding insurer's denial of benefits for her carpal tunnel syndrome. The issue presented concerns whether ORS 656.005(7)(a)(B) is applicable here and, if so, how it is properly applied in this case. Because that statute was amended by the 1995 legislature and the amended version may be applicable here, we remand the case to the Board to consider the applicability of the amended statute. *Conner v. Connecticut Indemnity Co.*, 139 Or App 421, 912 P2d 413 (1996); *Volk v. America West Airlines*, 135 Or App 565, 899 P2d 746 (1995), *rev den* 322 Or 645 (1996).

Remanded for reconsideration.